

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00066-CR

ROBERT ROY SAURENMANN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 41232-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Robert Roy Saurenmann, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Saurenmann and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss the appeal. At the request of appellant, we simultaneously issue the mandate.

Bailey C. Moseley
Justice

Date Submitted:     July 24, 2013
Date Decided:     July 25, 2013

Do Not Publish